# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | 11cr145 | (SRN) |

v.

SHERI LYNN DELICH, MY DINH LAM,
and ASHLEY ELIZABETH PRASIL

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | 11cr235 | (SRN) |

v.

LINDSEY RAE LOYEAR

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | 11cr299 | (PAM/SER) |

v.

JOSEPH STEVEN MEYER and GARET
CLARK WRIGHT

___

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 11cr145 and 11cr235 having been assigned to Judge Susan Richard Nelson and Case No.11cr299 having later been assigned to Judge Paul A. Magnuson, and said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 11cr299 be assigned to Judge Susan Richard Nelson , *nunc pro tunc,* by use of a space on the Criminal List of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order filed December 19, 2008.

DATED: September  20,  2011			s/Susan Richard Nelson
						SUSAN RICHARD NELSON
						United States District Court Judge


DATED: September 21, 2011			s/Paul A. Magnuson
						PAUL A. MAGNUSON
						United States District Court Judge