# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>Lindsey Rae Loyear,<br>　　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　　　　CR 11-235 SRN<br>Date:　　　　　　December 12, 2011<br>Court Reporter:　Carla Bebault<br>Time Commenced:　1:56 p.m.<br>Time Concluded:　1:37 p.m.<br>Time in Court:　41 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Susan Richard Nelson, United States District Judge, at St Paul, Minnesota.

APPEARANCES:

　　For Plaintiff:　　Robert Lewis
　　For Defendant:　Doug Altman　　☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

PROCEEDINGS:

　　☒ **Arraignment** on ☒ Information, ☐ Indictment
　　☒ **Change of Plea Hearing.**
　　☒ **Initial Appearance.**
　　☒ Indictment waived.
　　☐ Defendant withdraws plea of as to Count(s):

　　☒ PLEA:
　　　　☒ Guilty as to Count(s): Two
　　　　☐ "Nolo Contendere" as to Count(s):
　　　　☐ Defendant admits allegations in the Information.

　　☒ Presentence Investigation and Report requested.
　　☒ Deft released on bond with conditions, see Order Setting Conditions of Release.
　　☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
　　☐ Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/LPH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk