Waiver of Indictment                                                                 Cr. Form No. 18

# United States District Court

## FOR THE

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 11-235 (SRN) |
| LINDSEY RAE LOYEAR, | ) |

Lindsey Rae Loyear, the above-named defendant, who is accused of violating Title 18, United States Code, Section 371 (Conspiracy), being advised of the nature of the charges and of her rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 12/12/11

_____
LINDSEY RAE LOYEAR, Defendant

_____
ROBERT M. LEWIS, Witness

_____
DOUGLAS ALTMAN, ESQ.
Attorney for Defendant

SCANNED
DEC 1 3 2011
U.S. DISTRICT COURT ST. PAUL