# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | 11-CR-235 | (SRN) |
| v. | | |
| LINDSEY RAE LOYEAR | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | 11-CR-384 | (JRT) |
| v. | | |
| ROBERT LEO RICK | | |

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 11-CR-235 having been assigned to Judge Susan Richard Nelson, and Case No. 11-CR-384 having later been assigned to Judge John R. Tunheim, and said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 11-CR-384 be assigned to Judge Susan Richard Nelson, *nunc pro tunc,* by use of a space on the Criminal List of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order filed December 19, 2008.

DATED:  January 5, 2012            s/Susan Richard Nelson
                                   SUSAN RICHARD NELSON
                                   United States District Court Judge


DATED: January 5, 2012             s/John R. Tunheim
                                   JOHN R. TUNHEIM
                                   United States District Court Judge